158 A.3d 577

IN THE MATTER OF THE CIVIL COMMITMENT OF M.O., SVP 464–07. (M.O., PETITIONER)

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005858–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.